■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID J. SINGLETON, Appellant. [987 NYS2d 590]—Motion for writ of error coram nobis denied. Present—Fahey, J.P., Peradotto, Carni, Sconiers and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VARNER HARRIS, JR., Appellant. [987 NYS2d 590]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Carni, Lindley and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD J. MCKEON, JR., Appellant. [987 NYS2d 590]—Motion for writ of error coram nobis denied. Present—Centra, J.P., Carni, Lindley, Sconiers and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAURICE DELEE, Appellant. [987 NYS2d 590]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Lindley, Sconiers and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY GRIFFIN, Appellant. [987 NYS2d 590]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Fahey, Carni and Whalen, JJ.

■ TAUSHIEYA KEENE, Appellant, v MARKETPLACE et al., Respondents. [987 NYS2d 590]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Centra, Carni, Sconiers and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBIN DROUIN, Appellant. [987 NYS2d 590]—Motion for reargument denied. Present—Smith, J.P., Peradotto, Lindley, Sconiers and Valentino, JJ.

■ RICHARD PIOTROWSKI, Respondent, v MCGUIRE MANOR, INC., Appellant. (Appeal No. 1.) [987 NYS2d 276]—Motion for leave to appeal to the Court of Appeals denied (*see Concepcion v New York City Health & Hosps. Corp.*, 97 NY2d 674 [2001]; *Maynard v Greenberg*, 82 NY2d 913 [1994]). Present—Centra, J.P., Fahey, Lindley, Sconiers and Whalen, JJ.

■ MICHAEL A. LAWLER, Appellant, v KST HOLDINGS CORPORATION et al., Defendants, and KEVIN S. TAILLIE, Respondent. [987 NYS2d 590]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Centra, Fahey, Carni and Valentino, JJ.